CRUISE & YOST, LLLC

COLIN A. YOST          #7739
MICHAEL R. CRUISE   #7334
735 Bishop Street, Suite 433
Honolulu, Hawai'i  96813
Telephone:  (808) 275-1200
Facsimile:  (808) 356-3299
Email:  colin@cruiseyost.com

LAW OFFICE OF GEORGE J. ZWEIBEL

GEORGE J. ZWEIBEL   #7499
45-3590A Mamane Street
Honoka'a, Hawai'i 96727
Telephone:  (808) 775-1087
Facsimile:  (808) 775-1089
Email:  george.zweibel@hawaiiantel.net

Attorneys for Plaintiffs
STEPHEN J. KISHIMOTO SR. and
KAREN J. KISHIMOTO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| STEPHEN J. KISHIMOTO SR. and KAREN J. KISHIMOTO,<br><br>        Plaintiffs,<br><br>    vs.<br><br>H & R BLOCK MORTGAGE CORPORATION, INC., OPTION ONE MORTGAGE CORPORATION, AMERICAN HOME MORTGAGE SERVICING, INC., JOHN DOES 1-10, JANE DOES 1-10, and DOE | CIVIL NO. CV09 00451 SOM/BMK<br><br>**PLAINTIFFS' RULE 26(a)(1) DISCLOSURES; CERTIFICATE OF SERVICE** |

```
CORPORATIONS, PARTNERSHIPS    )
AND OTHER ENTITIES 1-10,       )
                               )
           Defendants.         )
                               )
                               )
H & R BLOCK MORTGAGE           )
CORPORATION, INC. and OPTION   )
ONE MORTGAGE CORPORATION,      )
                               )
           Third Party Plaintiffs, )
     vs.                       )
                               )
FIRST AMERICAN TITLE           )
INSURANCE COMPANY,             )
           Third Party Defendant. )
_____ )
```

## PLAINTIFFS' RULE 26(a)(1) DISCLOSURES

Plaintiffs, Stephen J. Kishimoto Sr. and Karen J. Kishimoto, (hereinafter referred to as "Plaintiffs") pursuant to Fed.R.Civ.P.26(a)(1), make the following disclosures:

A. Fed.R.Civ.P.26(a)(1)(A)- Individuals Likely To Have Discoverable Information

The following individuals may have knowledge regarding the facts and issues in this matter:

    1.    Stephen J. Kishimoto Sr.
             c/o Cruise & Yost LLLC

    2.    Karen J. Kishimoto
             c/o Cruise & Yost LLLC

2

3.  Current and former employees
    H&R Block Mortgage Corporation, Inc.
    c/o Steven Chung & Associates

4.  Current and former employees
    of Option One Mortgage Corporation
    c/o Steven Chung & Associates

5.  Current and former employees
    of First American Title Insurance Company
    (whereabouts unknown to Plaintiffs)

6.  Current and former employees
    of American Home Mortgage Servicing, Inc.
    c/o Alston Hunt Floyd & Ing

Discovery is ongoing, and Plaintiffs expect to potentially uncover additional witnesses once they receive and review further documents and information.  Thus, Plaintiffs reserve the right to amend their witness list upon notice to Defendants and further reserve their right to name and disclose any witnesses identified at any time by Defendants.

B.  <u>Fed.R.Civ.P. 26(a)(1)(B)- Documents</u>

Plaintiffs will produce all applicable documents currently known to be in their possession to Defendants as soon as possible during the week of February 8, 2010 at the offices of Defendants' counsel.

Plaintiffs reserve the right to supplement their produced documents if they discover additional documents.

///

C.     Fed.R.Civ.P. 26(a)(1)(C)- Damages

Plaintiffs are still assessing the amount of their damages for the claims set forth in the Complaint and no calculation is presently possible.  A calculation will be provided as soon as possible to Defendants' counsel.

D.     Fed.R.Civ.P 26(a)(1)(D)- Insurance Agreements

This section is not applicable to Plaintiffs.

DATED:  Honolulu, Hawai'i, February 8, 2010.

/s/ Colin A. Yost
_____
COLIN A. YOST
MICHAEL R. CRUISE
GEORGE J. ZWEIBEL

Attorneys for Plaintiffs
STEPHEN J. KISHIMOTO SR. and
KAREN J. KISHIMOTO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| STEPHEN J. KISHIMOTO SR. and KAREN J. KISHIMOTO, ) ) ) | CIVIL NO. CV09 00451 SOM/BMK |
| Plaintiffs, ) ) ) | **CERTIFICATE OF SERVICE** |
| vs. ) ) ) | |
| H & R BLOCK MORTGAGE CORPORATION, INC., OPTION ONE MORTGAGE CORPORATION, AMERICAN HOME MORTGAGE SERVICING, INC., JOHN DOES 1-10, JANE DOES 1-10, and DOE CORPORATIONS, PARTNERSHIPS AND OTHER ENTITIES 1-10, ) ) ) ) ) ) ) ) ) ) | |
| Defendants. ) _____ ) | |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on today's date a copy of the foregoing was duly served on the following Defendants electronically via CM/ECF to the addresses indicated below:

    J. BLAINE ROGERS, ESQ.
    brogers@afhi.com

        Attorney for Defendant
        American Home Mortgage
        Servicing, Inc.

STEVEN K.S. CHUNG, EQS.
CHANELLE M. CHUNG, ESQ.
skchung@skchung.com
cchung@skchung.com

    Attorneys for Defendants
    H & R Block Mortgage Corporation and
    Option One Mortgage Corporation


DATED:    Honolulu, Hawai'i, February 8, 2010.

    /s/ Colin A. Yost
    COLIN A. YOST
    MICHAEL R. CRUISE
    GEORGE J. ZWEIBEL

    Attorneys for Plaintiffs
    STEPHEN J. KISHIMOTO SR. and
    KAREN J. KISHIMOTO