# STEVEN CHUNG AND ASSOCIATES

ATTORNEYS AT LAW
A LIMITED LIABILITY LAW COMPANY

## TRANSMITTAL MEMORANDUM

**TO:**   The Honorable Susan Oki Mollway       **DATE:**   August 19, 2010
Chief United States District Judge
District of Hawaii
300 Ala Moana Boulevard, C-409
Honolulu, Hawaii  96850-0409

**FROM:**   Debra Pruitt
Office Manager/Paralegal

**RE:**   Stephen J. Kishimoto Sr. v. H & R Block Mortgage Corporation, Inc. et al
Civil No. CV09-00451 SOM BMK

( ) MAIL        ( X ) HAND DELIVER        ( ) COURIER        ( ) PICKUP

| COPIES | DATE | DESCRIPTION |
|---|---|---|
| 2 | f. 8/18/10 | Defendants/Third Party Plaintiffs H & R Block Mortgage Corporation and Option One Mortgage Corporation's Motion for Partial Summary Judgment on Counts 1 and 2 and Motion to Dismiss; Memorandum in Support of Motion; Declaration of Dale Sugimoto; Exhibits 1-7; Certificate of Compliance; Certificate of Service |
| 2 | f. 8/18/10 | Defendants/Third Party Plaintiffs H & R Block Mortgage Corporation and Option One Mortgage Corporation's Motion for Extension of Time; Memorandum in Support of Motion; Certificate of Service |
| 2 | f. 8/18/10 | Defendants/Third Party Plaintiffs H & R Block Mortgage Corporation and Option One Mortgage Corporation's Concise Statement of Facts in Support of Defendants/Third Party Plaintiffs H & R Block Mortgage Corporation and Option One Mortgage Corporation's Motion for Partial Summary Judgment on Counts 1 and 2 and Motion to Dismiss; Certificate of Service |

| ( X ) | For your information | ( ) | For necessary action |
|---|---|---|---|
| ( ) | For signature | ( ) | Per your request |
| ( ) | For return | ( ) | Per our conversation |
| ( ) | For review & comment | ( ) | For your approval |
| ( ) | For correction | ( ) | Returned for corrections |
| ( ) | For distribution | ( ) | Disapproved |
| ( ) | For recording/filing | ( X ) | For your files |
| ( ) | For payment | ( ) | See remarks below |

**REMARKS:**