THE LAW OFFICE OF COLIN A. YOST, LLLC

COLIN A. YOST          #7739
928 Nu'uanu Ave., Suite 100
Honolulu, Hawai'i  96817
Telephone:  (808) 783-9430
Facsimile:  (866) 338-2191
Email:  colin@yostlawhawaii.com

LAW OFFICE OF GEORGE J. ZWEIBEL

GEORGE J. ZWEIBEL   #7499
45-3590A Mamane Street
Honoka'a, Hawai'i 96727
Telephone:  (808) 775-1087
Facsimile:  (808) 775-1089
Email:  george.zweibel@hawaiiantel.net

Attorneys for Plaintiffs
STEPHEN J. KISHIMOTO SR. and
KAREN J. KISHIMOTO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| STEPHEN J. KISHIMOTO SR. and KAREN J. KISHIMOTO, | CIVIL NO. CV09 00451 SOM/BMK |
| Plaintiffs, | PLAINTIFFS' MOTION FOR RELIEF FROM THE FEBRUARY |
| vs. | 26, 2010 RULE 16 SCHEDULING ORDER AND MOTION FOR |
| H & R BLOCK MORTGAGE CORPORATION, INC., OPTION ONE MORTGAGE CORPORATION, AMERICAN HOME MORTGAGE SERVICING, INC., JOHN DOES 1-10, JANE DOES 1-10, and DOE CORPORATIONS, PARTNERSHIPS | JOINDER OF WELLS FARGO BANK N.A. AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2007-5 ASSET-BACKED CERTIFICATES, SERIES 2007-5; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF |

| | |
|---|---|
| AND OTHER ENTITIES 1-10, ) | COLIN A. YOST; EXHIBIT "A"; |
| ) | CERTIFICATE OF SERVICE |
| Defendants.             ) | |
| ) | |
| ) | |
| H & R BLOCK MORTGAGE ) | |
| CORPORATION, INC. and OPTION ) | NON-HEARING MOTION |
| ONE MORTGAGE CORPORATION, ) | |
| ) | TRIAL DATE: January 11, 2011 |
| Third Party Plaintiffs, ) | |
| vs.                          ) | |
| ) | |
| FIRST AMERICAN TITLE ) | |
| INSURANCE COMPANY, ) | |
| Third Party Defendant. ) | |
| _____ ) | |

**PLAINTIFF'S MOTION FOR RELIEF FROM THE
FEBRUARY 26, 2010 RULE 16 SCHEDULING ORDER AND
MOTION FOR JOINDER OF WELLS FARGO BANK N.A. AS TRUSTEE
FOR OPTION ONE MORTGAGE LOAN TRUST 2007-5
<u>ASSET-BACKED CERTIFICATES, SERIES 2007-5</u>**

Plaintiffs STEPHEN J. KISHIMOTO SR. and KAREN J. KISHIMOTO ("Plaintiffs"), by and through their undersigned counsel, hereby move this Honorable Court for an order granting relief from the Rule 16 Scheduling Order's June 18, 2010 deadline to join additional parties and for an order joining WELLS FARGO BANK N.A. AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2007-5 ASSET-BACKED CERTIFICATES, SERIES 2007-5 ("Wells Fargo"), as an additional defendant in this matter.

On March 16, 2010, Plaintiffs' counsel learned for the first time

that the subject Note and Mortgage in this matter is now owned by Wells Fargo, but due to the press of other work, calendaring errors and the transition of Plaintiffs' lead counsel to a new practice, Plaintiffs' Rule 19 motion to join Wells Fargo was not filed on or before the Court's June 18 deadline to add additional parties.  Plaintiffs now seek relief from the June 18 deadline on the ground of excusable neglect.

        This motion is made pursuant to Local Rule 7.2(e) and Rules 7, 19 and 60 of the Federal Rules of Civil Procedure, and is based upon the attached declaration, exhibit and the records and files herein.

        DATED: Honolulu, Hawai'i, September 16, 2010.

                /s/ Colin A. Yost
                _____
                COLIN A. YOST
                GEORGE J. ZWEIBEL
                Attorneys for Plaintiffs