# STEVEN CHUNG AND ASSOCIATES

ATTORNEYS AT LAW
A LIMITED LIABILITY LAW COMPANY

*CORRESPONDENCE*

## TRANSMITTAL MEMORANDUM

**TO:** The Honorable Susan Oki Mollway
Chief United States District Judge
District of Hawaii
300 Ala Moana Boulevard, C-409
Honolulu, Hawaii 96850-0409

**DATE:** September 23, 2010

**FROM:** Debra Pruitt
Office Manager/Paralegal

**RE:** Stephen J. Kishimoto Sr. v. H & R Block Mortgage Corporation, Inc. et al
Civil No. CV09-00451 SOM BMK

( X ) MAIL       ( ) HAND DELIVER       ( ) COURIER       ( ) PICKUP

| COPIES | DATE | DESCRIPTION |
|---|---|---|
| 2 | f. 9/22/10 | Defendants/Third Party Plaintiffs H & R Block Mortgage Corporation and Option One Mortgage Corporation's Opposition to Plaintiff's Motion for Relief from the February 26, 2010 Rule 16 Scheduling Order and Motion for Joinder of Wells Fargo Bank N.A. as Trustee for Option One Mortgage Loan Trust 2007-5 Asset-Backed Certificates, Series 2007-5; Certificate of Service |

| | | | | |
|---|---|---|---|---|
| ( X ) | For your information | | ( ) | For necessary action |
| ( ) | For signature | | ( ) | Per your request |
| ( ) | For return | | ( ) | Per our conversation |
| ( ) | For review & comment | | ( ) | For your approval |
| ( ) | For correction | | ( ) | Returned for corrections |
| ( ) | For distribution | | ( ) | Disapproved |
| ( ) | For recording/filing | | ( X ) | For your files |
| ( ) | For payment | | ( ) | See remarks below |

**REMARKS:**

410 DAVIES PACIFIC CENTER · 841 BISHOP STREET · HONOLULU, HAWAII 96813
TELEPHONE (808) 539-0699 · FACSIMILE (808) 539-0698

SEP 2 7 2010