## STEVEN CHUNG AND ASSOCIATES

ATTORNEYS AT LAW
A LIMITED LIABILITY LAW COMPANY

## TRANSMITTAL MEMORANDUM

**TO:** The Honorable Susan Oki Mollway
Chief United States District Judge
District of Hawaii
300 Ala Moana Boulevard, C-409
Honolulu, Hawaii 96850-0409

**DATE:** February 17, 2011

**FROM:** Earl Gandia
Secretary

Stephen J. Kishimoto Sr. v. H & R Block Mortgage Corporation, Inc. et al
Civil No. CV09-00451 SOM BMK

( X ) MAIL    ( ) HAND DELIVER    ( ) COURIER    ( ) PICKUP

| COPIES | DATE | DESCRIPTION |
|---|---|---|
| 1 | f. 02/17/11 | Courtesy Copy-Notice of Attorney Name Change; Certificate of Service |

| | | | |
|---|---|---|---|
| ( X ) | For your information | ( ) | For necessary action |
| ( ) | For signature | ( ) | Per your request |
| ( ) | For return | ( ) | Per our conversation |
| ( ) | For review & comment | ( ) | For your approval |
| ( ) | For correction | ( ) | Returned for corrections |
| ( ) | For distribution | ( ) | Disapproved |
| ( ) | For recording/filing | ( X ) | For your files |
| ( ) | For payment | ( ) | See remarks below |

**REMARKS**

STEVEN CHUNG AND ASSOCIATES LLLC

| | |
|---|---|
| STEVEN K. S. CHUNG | 1751-0 |
| CHANELLE M.C FUJIMOTO | 8859-0 |

410 Davies Pacific Center
841 Bishop Street
Honolulu, Hawai'i 96813
Telephone: (808) 539-0699
Facsimile: (808) 539-0698
E-Mail: skc@skchung.com
cmcf@skchung.com

Attorneys for Defendants/ Third Party Plaintiffs
H & R Block Mortgage Corporation and
Option One Mortgage Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| STEPHEN K. KISHIMOTO SR. and KAREN J. KISHIMOTO,<br><br>Plaintiffs,<br><br>vs.<br><br>H & R BLOCK MORTGAGE CORPORATION, INC., OPTION ONE MORTGAGE CORPORATION, AMERICAN HOME MORTGAGE SERVICING, INC., and WELLS FARGO BANK N.A. AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2007-5 ASSET-BACKED CERTIFICATES, SERIES 2007-5,<br><br>Defendants. | CV 09-00451 SOM-LEK<br><br>**NOTICE OF ATTORNEY NAME CHANGE; CERTIFICATE OF SERVICE** |

|  |  |
|---|---|
| H & R BLOCK MORTGAGE CORPORATION, INC. and OPTION ONE MORTGAGE CORPORATION,<br><br>Third Party Plaintiffs,<br><br>vs.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY,<br><br>Third Party Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Chanelle M. C. Fujimoto and the law firm of Steven Chung and Associates, Attorneys at Law, a Limited Liability Law Company, 410 Davies Pacific Center, 841 Bishop Street, Honolulu, Hawai`i 96813, telephone: (808) 539-0699, facsimile: (808) 539-0698, counsel for Defendant/Third Party Plaintiffs H & R Block Mortgage Corporation and Option One Mortgage Corporation, hereby notify the court and the parties herein that Chanelle Mari Chung has changed her name to Chanelle Mari Chung Fujimoto and that this and all subsequent filings will reflect said name change.

DATED: Honolulu, Hawai`i, February 17, 2011

/s/ Steven K. S. Chung
STEVEN K. S. CHUNG
CHANELLE M. C. FUJIMOTO
Attorneys for Defendants/Third Party Plaintiffs
H & R Block Mortgage Corporation and
Option One Mortgage Corporation

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| STEPHEN K. KISHIMOTO SR. and KAREN J. KISHIMOTO, <br><br> Plaintiffs, <br><br> vs. <br><br> H & R BLOCK MORTGAGE CORPORATION, INC., OPTION ONE MORTGAGE CORPORATION, AMERICAN HOME MORTGAGE SERVICING, INC., and WELLS FARGO BANK N.A. AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2007-5 ASSET-BACKED CERTIFICATES, SERIES 2007-5, <br><br> Defendants. | CV 09-00451 SOM-LEK <br><br> **CERTIFICATE OF SERVICE** |
| H & R BLOCK MORTGAGE CORPORATION, INC. and OPTION ONE MORTGAGE CORPORATION, <br><br> Third Party Plaintiffs, <br><br> vs. <br><br> FIRST AMERICAN TITLE INSURANCE COMPANY, <br><br> Third Party Defendant. | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date below a copy of the foregoing document was duly served on the parties herein, by depositing said document in a United States mailbox, postage prepaid, to the addresses as listed below:

**Served Electronically through CM/ECF:**

| | |
|---|---|
| COLIN A. YOST, ESQ.<br>    Attorney for Plaintiffs<br>    Stephen K. Kishimoto Sr. and<br>    Karen J. Kishimoto | colin@cruiseyost.com |
| J. BLAINE ROGERS, ESQ.<br>PAUL ALSTON, ESQ.<br>JADE L. CHING, ESQ.<br>    Attorney for Defendant<br>    American Home Mortgage<br>    Servicing, Inc. | brogers@ahfi.com<br>palston@ahfi.com<br>jlc@ahfi.com |
| KEVIN HERRING, ESQ.<br>WAYE NASSER, ESQ.<br>MICHAEL R. VIEIRA, ESQ.<br>    Attorney for Third-Party Defendant<br>    First American Title Insurance Company | kherring@awlaw.com<br>wnasser@awlaw.com<br>mvieira@awlaw.com |

**Served by First Class Mail:**

GEORGE J. ZWEIBEL, ESQ.                                                1 COPY
Law Office of George J. Zweibel
45-3590 A Mamane Street
Honoka`a, Hawaii 96727

Attorney for Plaintiffs
Stephen K. Kishimoto Sr. and
Karen J. Kishimoto

DATED: Honolulu, Hawai`i, February 17, 2011.

/s/ Steven K. S. Chung
STEVEN K. S. CHUNG
CHANELLE M. C. FUJIMOTO
Attorneys for Defendants/Third Party Plaintiffs
H & R Block Mortgage Corporation and Option
One Mortgage Corporation

## Notices
1:09-cv-00451-SOM -LK Kishimoto et al v. H & R Block Mortgage Corporation, Inc. et al

### U.S. District Court

### District of Hawaii

### Notice of Electronic Filing

The following transaction was entered by Chung, Steven on 2/17/2011 at 9:01 AM HST and filed on 2/17/2011
**Case Name:**        Kishimoto et al v. H & R Block Mortgage Corporation, Inc. et al
**Case Number:**      1:09-cv-00451-SOM -LK
**Filer:**            H & R Block Mortgage Corporation, Inc.
**Document Number:** 110

**Docket Text:**
**NOTICE by H & R Block Mortgage Corporation, Inc.** *of Attorney Name Change* **H & R Block Mortgage Corporation, Inc.. (Attachments: # (1) Certificate of Service)(Chung, Steven)**

**1:09-cv-00451-SOM -LK Notice has been electronically mailed to:**

Colin A. Yost     colin@yostlawhawaii.com

Jade L. Ching     jlc@ahfi.com, llk@ahfi.com, NOTICE@ahfi.com

James B. Rogers     brogers@ahfi.com, jhikichi@ahfi.com

Kevin W. Herring     kherring@awlaw.com, balameida@awlaw.com

Michael R. Vieira     mvieira@awlaw.com, spili@awlaw.com

Paul Alston     palston@ahfi.com, gp@ahfi.com, rjkp@ahfi.com

Steven K.S. Chung     skc@skchung.com, cchung@skchung.com, dpruitt@skchung.com, egandia@skchung.com

Wayne P. Nasser     wnasser@awlaw.com, lsakumoto@awlaw.com

**1:09-cv-00451-SOM -LK Notice will not be electronically mailed to:**

George J. Zweibel
Law Office of George J. Zweibel
45-3590 A Mamane St
Honokaa, HI 96727

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=2/17/2011] [FileNumber=1038983-0
] [14a2c76d9e3eb322b511b47d62173520288d27159cbaf1098774cd50ca648a24b5b
7cbd0408ec0b6d188e768e7db16a5ac9b1cbbf5043e9ae67807bc24fb2799]]
**Document description:** Certificate of Service
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=2/17/2011] [FileNumber=1038983-1
] [b6e6805584edf5bdd56b5ec4f0eb43a7b56ce7eb2f1a52c08dda07a705f7ae42f21
3bd384433c5631d7fda925b2032d5e882e7db008e006e2cb07e816402c3ba]]